STATE OF NEW JERSEY v. HOWARD CLARKE.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. REINALDO ALCALA.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN MCCAULEY.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK GREAVES.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN XANTHOS.

September 11, 1987.

Petition for certification denied.